ESTATE OF BERNAL *v.* THE REGISTRAR OF PROPERTY.

APPEAL from a Decision of the Registrar of Property of Ponce.

No. 6.—Decided June 27, 1907.

COMMISSION—ATTORNEY IN FACT—LEASE OF PROPERTY FOR A LONGER PERIOD THAN SIX YEARS.—In order that an attorney in fact may legally lease a property belonging to his principal for a longer period than six years, it is necessary that he should be expressly authorized so to do, and in the absence of a showing of such authority the contract contains an incurable defect preventing its admission to record in the registry.

The facts are stated in the opinion.

*Mr. Descartes* for appellant.

MR. CHIEF JUSTICE QUIÑONES delivered the opinion of the court.

This is an appeal taken by Attorney Francisco G. Descartes on behalf of the Bernal Estate, a corporation of the State of New Jersey, from a decision of the Registrar of Property of Ponce, refusing to admit a lease to record.

By public deed executed in the city of Ponce on October 23, 1906, before Attorney and Notary Francisco G. Descartes, of said city, by José Juan de los Reyes Usera y Seda, as the

attorney in fact of William L. F. Simonpietri Birne y Dar-
ton, according to the power of attorney conferred on him,
together with others, by the latter executed in the said city
of Ponce, before Notary José Ramón Becerra on May 28,
1903, by the second clause of which the attorneys in fact were
authorized to lease the property of the principal "for the
time, price, and under the conditions they might deem prop-
er," and Carmen Simonpietri y Becerra, in her own right,
leased to the Bernal Estate of the State of New Jersey, repre-
sented by its attorney in fact, Antonio Catinchi y Consalvi,
for a term of five years, subject to extension for five more
at the will of the lessees, the sugar-cane plantation called
"Barrancas and Monte Grande," formerly "Manuela," be-
longing to William L. F. Simonpietri, with the exception of
a small tract of 10 *cuerdas* called "Vega Rosa" belonging to
the other party, Carmen Simonpietri y Becerra, said estate
being situated in *barrios* Sabanetas, Machuelo Abajo and Ma-
chuelo Arriba, in the municipal district of Ponce, having an
area of 943.75 *cuerdas,* divided into a number of tracts de-
scribed separately in the deed and afterwards as a whole or
single estate.   Upon presentation of this deed in the Registry
of Property of Ponce for the record of the lease stipulated
therein, the registrar refused to admit it to record on the
grounds set forth by him in the decision appearing at the
foot of said deed, which reads as follows:

"The record of the foregoing document is denied with reference to
the estate belonging to William L. F. Simonpietri called Barrancas y
Montegrande, on account of the following incurable defects: 1. Be-
cause of the confusion and obscurity observed in the description of the
estate, it being stated that it is composed of four tracts of land, when,
as a matter of fact, it consists of six, the boundaries whereof are set
forth separately and, afterwards, those of the entire tract, while it
does not appear that the tracts adjoin each other and have been
grouped; and of this total area 916.78 *cuerdas* are leased, which are
also bounded as a whole, while the register only shows the record of
seven-eighths of the undivided whole of said tracts; and, in the second

place, because the deed stipulates a lease for five years, subject to extension for five more, at the will of the lessee alone, so that the attorney in fact, José J. Usera, binds his principal to a lease for 10 years, without the special power of attorney required by section 1451 of the Civil Code having been conferred upon him by the latter; and, in lieu of such record, a cautionary notice has been entered, to have effect during four months, at folio 41 of volume 59, of the Municipal Corporation of this city, estate No. 1563, duplicate, record letter A, wherein is set forth the curable defect of failure to establish that Carl Muller and Julius Bohsteat are the president and treasurer-secretary, respectively, of the Bernal Estate corporation; and the deed is recorded, with respect to the estate belonging to Carmen Simonpietri, at folio 60, of volume 112 of this municipality, estate No. 4980, fifth record, in which the said defect is also set forth.  Ponce, January 15, 1907.''

Attorney Francisco G. Descartes took an appeal from this decision on behalf of the Bernal Estate corporation seeking the reversal thereof, and that an order issue to the registrar to record the deed.

The Registrar of Property of Ponce was asked to present, in the furtherance of justice, a certified copy of the record of the Estates of ''Barrancas and Monte Grande,'' formerly called ''Manuela,'' and the registrar did so, together with a certified copy of the description of said estate, as it appears from the record in the registry, which agrees with that inserted in the deed of lease involved in this appeal.

The contested grounds of the decision are accepted.

The decision of the Registrar of Property of Ponce is affirmed, and it is ordered that the documents presented be returned to him together with a certified copy of this decision, for the proper purposes.

*Affirmed.*

Justices Figueras, MacLeary and Wolf concurred.

Mr. Justice Hernández did not take part in the decision of this case.